NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KONINKLIJKE KPN N.V.,**
*Appellant*

v.

**ERICSSON, INC.,**
*Appellee*

_____

2023-2217

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00079.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                           KONINKLIJKE KPN N.V. v. ERICSSON, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 24, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 24, 2024